IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MILDRED WICKER,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO. 5:04-cv-296 (CAR) |
| **W & S ENTERPRISES, INC.,** | : |
| **d/b/a HUDDLE HOUSE #319, et al.** | : |
| **Defendants.** | : |

# J U D G M E N T

The Court by Order dated and filed May 24, 2007, having granted Defendants' Motion for Summary Judgment,

JUDGMENT is hereby entered in favor of Defendants and against Plaintiff.

Defendants are entitled to recover their costs of this action.

This 24th day of May, 2007.

                                        **GREGORY J. LEONARD, CLERK**

                                        **s/  Denise Partee, Deputy Clerk**